```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | IAN L. GARRIQUES
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
 5 |
 6 |
```




APR 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09CR 00150 OWW |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND PROPOSED ORDER |
| | ) | FOR ISSUANCE OF ARREST WARRANT |
| v. | ) | |
| VICENTE MASSUH-JIMENEZ, | ) | |
| aka Vicente Massuh, | ) | |
| aka Vicente Ramon Massuh, | ) | |
| aka Carlos Medina Lopez, Jr. | ) | |
| Defendant. | ) | |

Comes now the United States, by and through its attorney of record, Lawrence G. Brown, Acting United States Attorney, and Ian L. Garriques, Assistant U.S. Attorney, requesting that an arrest warrant be issued for the above-named defendant based on the Indictment filed on April 23, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By _____ for
IAN L. GARRIQUES
Assistant U.S. Attorney

1

1 | IT IS SO ORDERED.
2 | Dated: April 23, 2009

_____
GARY S. AUSTIN
United States Magistrate Judge